**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey

ROBERT FRAZER
UNITED STATES ATTORNEY

*402 East State Street*
*Room 430*
*Trenton, NJ 08608*

*Main: (609) 989-2190*
*Direct: (973) 902-5441*
*joshua.carmel@usdoj.gov*

*Joshua M. Carmel*
*Assistant United States Attorney*

September 11, 2026

**BY ECF**
Honorable Evelyn Padin, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Ruiz Chanez v. Soto, et al.,* Civil No. 26-11695 (EP) Request for Extension of Time (with Consent)**

Dear Judge Padin:

This Office represents Respondents in the above-captioned habeas action. This is Petitioner's second petition. *See Ruiz Chanez v. Soto, et al.,* 26-10029 (EP). Pursuant to this Court's September 10, 2026, Order, Petitioner's are required to submit a letter addressing (i) the statutory detention authority pursuant to which Petitioner is detained, (ii) Petitioner's criminal history, and his (iii) final order of removal within three calendar days, or, by Sunday, September 13, 2026. ECF No. 2. The undersigned will be engaged in reserve military duties on Sunday, September 13, 2026. Accordingly, Respondents respectfully request a two-day extension of time in which to answer, from September 13, 2026, to September 15, 2026.

Respondents submit that there is good cause for the extension, which will permit Respondents to address Petitioner's second petition in a fulsome and diligent manner. This Office contacted Petitioner's counsel, Perham Makabi, Esq., who consents to the extension.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Joshua Carmel*
JOSHUA CARMEL
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

SO ORDERED
September 11, 2026

s/ Evelyn Padin
HON. EVELYN PADIN
UNITED STATES DISTRICT JUDGE